UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CLETUS FRANKLIN, )<br>)<br>Plaintiff, )<br>) No. 3:19-CV-350-DCLC-HBG<br>v. )<br>)<br>SEVIER COUNTY, RONALD SEALS, )<br>and RHETT RUTLEDGE, )<br>)<br>Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff, a pretrial detainee housed in maximum security in the Sevier County Jail that is proceeding *in forma pauperis* in this action, has filed a complaint for violation of his civil rights under 42 U.S.C. § 1983 in which he asserts that Defendants have implemented policies under which they deny him outside exercise, adequate library services, and adequate freedom of speech and expression [Doc. 2]. However, Plaintiff has now filed a motion to voluntarily dismiss this action with prejudice [Doc. 18]. For good cause shown therein, Plaintiff's motion to voluntarily dismiss this action [*Id.*] will be **GRANTED**, his other pending motions [Docs. 3 and 16] will be **DENIED as moot**, and this action will be **DISMISSED**. The Court **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

**ENTER:**

s/ Clifton L. Corker
United States District Judge